IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00274-EFB |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE AND ORDER** |
| | ) | **TO ISSUE JUDICIAL SUMMONS** |
| v. | ) | **RE: PROBATION REVOCATION** |
| | ) | |
| HESTON M. FONG, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **ORDER TO SHOW CAUSE**

It is HEREBY ORDERED that the defendant appear on November 12, 2014, at 2:00 p.m. to show cause why the probation granted on October 29, 2012, should not be revoked for the defendant's failure to pay his Court-ordered restitution and special assessment. The Clerk's office shall issue a summons directing the defendant to appear on November 12, 2014 at 2:00 p.m.

Dated: October 29, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE