HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
HESTON M. FONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 12-cr-274 EFB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REVOKE COURT PROBATION |
| v. | ) |
| HESTON M. FONG, | ) Date: January 13, 2015 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CRYSTAL FULFER, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for Mr. Fong, that the hearing on the motion to revoke court probation be continued from December 8, 2014 at 10:00 a.m. to January 13, 2015 at 2:00 p.m. The parties further stipulate that should the Court have jurisdiction over this matter, this continuance would not divest it of its jurisdiction.

///

///

///

///

Stipulation and [Proposed] Order to Continue Motion Hearing     -1-     *US v. Fong, 12-cr-274 EFB*

The reason for the continuance is defense counsel needs additional time to prepare.

DATED:  December 5, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Harter*
LINDA HARTER
Chief Assistant Federal Defender
Attorney for HESTON FONG

DATED:  December 5, 2014            BENJAMIN B. WAGNER
United States Attorney

*/s/ Crystal Fulfer*
CRYSTAL FULFER
Special Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 8, 2014 hearing on the motion to revoke court probation is continued to January 13, 2015 at 2:00 p.m.  The Court finds that should it have jurisdiction over this matter, this continuance shall not divest it of such jurisdiction.

Dated:  December 8, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE